IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARLOS WILTSHIRE | : | No. 11-310 |
| a/k/a "Shawn Carter" | : | |
| a/k/a "Shake" | : | |

**ORDER**

AND NOW, this ___9___ day of December, 2020, upon consideration of Carlos Wiltshire's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 148) and the Government's Response in Opposition (Doc. No. 152), it is **ORDERED** that the Motion (Doc. No. 148) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1